IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HILTON MURDOCK AITCH, | § | |
| Movant, | § | |
| | § | |
| v. | § | No. 3:21-cv-355-K |
| | § | No. 3:14-cr-340-K-6 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The motion to vacate, set-aside, or correct sentence under 28 U.S.C. § 2255 in Case Number 3:21-cv-355-K is **GRANTED**;

2. The conviction and sentence imposed on count two of the underlying criminal case, Case Number 3:14-cr-340-K-6, are **VACATED**; and

3. The Clerk shall transmit a true copy of this Judgment to all parties.

SO ORDERED.

**Signed** this 21st day of July, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE